ERIC GRANT
United States Attorney
MATHEW W. PILE, WSBN 32245
Executive Counsel for Program Litigation 1
Law & Policy
Social Security Administration
ERIN A. JURRENS, MO 61402
Special Assistant United States Attorney
Program Litigation 1
Law & Policy
Social Security Administration
6401 Security Boulevard
Baltimore, MD 21235-6401
Telephone: (877) 833-2445
E-Mail: Erin.Jurrens@ssa.gov
Attorneys for Defendant

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JESSE TYLER JAUREGUI,<br>Plaintiff,<br>vs.<br>Commissioner of Social Security,<br>Defendant. | Case No.: 2:26-cv-01195-DJC-DMC<br><br>STIPULATION AND ORDER FOR AN EXTENSION OF TIME |

Pending the Court's approval, IT IS HEREBY STIPULATED, by and between the parties, through their respective counsel of record, that the time for Defendant to respond to Plaintiff's Motion for Summary Judgment be extended sixty (60) days from July 22, 2026, up to and including September 21, 2026. This is Defendant's first request for an extension.

Defendant requests this extension to further consider the administrative record given the issues raised in Plaintiff's motion. The undersigned currently has 33 assigned cases as well as planned leave and responsibility for handling fee matters. Thus, it would be disingenuous for the undersigned to assert that she could adequately respond to Plaintiff's arguments without the requested extension of time.

The parties further stipulate that the Court's Scheduling Order shall be modified accordingly. Consistent with the Court's Scheduling Order, Plaintiff's optional reply brief will be due within 14 days after filing of the Commissioner's cross-motion.

Because Plaintiff's attorney will be on vacation and out of the country from August 8, 2026 until September 5, 2026, Plaintiff requests an extension of time to file his optional reply brief up to and including October 5, 2026.

Respectfully submitted,

Dated: July 20, 2026

/s/ *Barbara Marie Rizzo**
*as authorized by e-mail
BARBARA MARIE RIZZO
Attorney for Plaintiff

Dated: July 20, 2026

ERIC GRANT
United States Attorney
MATHEW W. PILE
Executive Counsel for Program Litigation 1
Social Security Administration

By: /s/ *Erin Jurrens*
ERIN JURRENS
Special Assistant U.S. Attorney

Attorneys for Defendant

**ORDER**

Pursuant to the parties' stipulation, IT IS SO ORDERED that Defendant shall have an extension, up to and including September 21, 2026, to respond to Plaintiff's Motion for Summary Judgment. Plaintiff shall have an extension, up to and including October 5, 2026, to file his optional reply brief.

Dated: July 20, 2026

DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE